IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-494-GCM

| | |
|---|---|
| ROENA BERGMAN,<br>Administrator of the Estate for<br>STANLEY BERGMAN, Deceased,<br>           Plaintiff,<br>v.<br><br>SSC MONROE OPERATING<br>COMPANY LLC, et al,<br>           Defendants. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Garry J. Rhoden** to appear *Pro Hac Vice*, dated October 7, 2011 [doc.# 6].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Rhoden has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: October 12, 2011

Graham C. Mullen
United States District Judge